UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEONEL LOPEZ-URQUIZA )<br>also known as "Juan Carlo Santiago-Rivera" ) | 1:10-CR-151<br><br>Chief Judge Curtis L. Collier |

**O R D E R**

Defendant Leonel Lopez-Urquiza ("Defendant") has filed a second motion to suppress challenging the validity of the November 4, 2010 traffic stop (Court File No. 58).[1] He claims all evidence obtained as a result of the search of Defendant's vehicle must be excluded. In a related motion, Defendant also seeks to exclude the testimony of Lieutenant Shane Daugherty ("Lt. Daugherty") regarding his use of radar equipment during the traffic stop (Court File No. 73). Defendant's motions were referred to United States Magistrate Judge William B. Mitchell Carter, who held a hearing and subsequently filed a report & recommendation ("R&R") recommending Defendant's motions be denied (Court File No. 83). Defendant timely objected (Court File No. 84). For the reasons provided in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 83). Accordingly, the Court **DENIES** both Defendant's motion to suppress (Court File No. 58) and Defendant's motion to exclude Lt. Daugherty's testimony regarding the proper use of radar equipment (Court File No. 73).

**SO ORDERED.**

**ENTER.**

---

[1] Defendant alleged in his first motion to suppress that his Fourth and Fifth Amendment rights were violated during the November 4, 2010 traffic stop (Court File No. 21). The Court denied Defendant's first motion to suppress (Court File No. 44).

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2